

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-15-00692-CV

John **SHULL**,
Appellant

v.

**WESTOVER CROSSING (SAN ANTONIO) HOMEOWNERS' ASSOCIATION, INC.**;
Spectrum Association Management, LP; and Buck (Delvin) Benson,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15954
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On March 30, 2016, Appellant moved this court to provide him with a free copy of the clerk's and reporter's records. Appellant is not indigent for purposes of this appeal. *See* TEX. R. APP. P. 20.1(a).

Appellant's motion for a free copy of the record is DENIED. Appellant may review the appellate record at this court during regular business hours.

Appellant's brief is due to be filed with this court on April 18, 2016. *See* TEX. R. APP. P. 38.6(a). Appellant's March 30, 2016 motion also requests a thirty-day extension of time to file his brief until May 18, 2016.

Appellant's motion for extension of time to file the brief is GRANTED. Appellant's brief is due on May 18, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court